# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :   NO. 65 |
| | : |
| APPOINTMENT TO THE | :   CLIENT SECURITY DOCKET |
| PENNSYLVANIA LAWYERS FUND | : |
| FOR CLIENT SECURITY BOARD | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**:

   **AND NOW**, this 24th day of February, 2017, George P. Hartwick, III,* Dauphin County, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board for a term of three years, commencing April 1, 2017.


\*      Non-lawyer public member